In the Matter of the Probate of the Will of ANGELINA CRANE, Deceased ; EDITH H. SIMMONS, Appellant; THE FARMERS' LOAN AND TRUST COMPANY et al., Respondents.

*Matter of Crane,* 12 App. Div. 271, affirmed.
(Argued May 10, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1897, affirming a decree of the surrogate of the county of New York admitting a will to probate.

*A. Prentice* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* of counsel), *David McClure, George C. Kobbè, James A. Speer, Henry B. Anderson* and *Otto T. Hess* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.

---

BERTHA SCHAFHAUS, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Schafhaus* v. *City of New York,* 28 App. Div. 475, affirmed.
(Submitted May 10, 1899; decided June 6, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 28, 1898, upon a submission of controversy under section 1279, Code of Civil Procedure.

*John Whalen, Corporation Counsel ( William J. Carr* of counsel), for appellant.

*Arthur Hurst* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except HAIGHT and VANN, JJ., not voting.